IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 23-00255-01-CR-W-HFS

CECIL L. PULLUAIM,

    Defendant.

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by the undersigned Assistant United States Attorney, moves this Court for issuance of a Writ of Habeas Corpus Ad Prosequendum for: Cecil L. Pulluaim, Inmate ID: 202316829, DOB: 11/18/1970, who is presently incarcerated at the Jackson County Corrections, 1300 Cherry St., Kansas City, Missouri 64106. In order to proceed with the prosecution in this case, the United States respectfully requests the issuance of an Order and Writ of Habeas Corpus Ad Prosequendum for this inmate.

                                          Respectfully submitted,

                                          Teresa A. Moore
                                          United States Attorney

                            By

                                          David Luna
                                          Assistant United States Attorney

                                          Charles Evans Whittaker Courthouse
                                          400 East Ninth Street, Suite 5510
                                          Kansas City, Missouri 64106
                                          Telephone: (816) 426-3122